| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | John Clair Mellott | | |
| Debtor 2 | Rebecca Arnell-Mellott | | |
| (Spouse, if filing) | | | |
| United States Bankruptcy Court for the | Eastern | District of | Michigan |
| Case Number | 15-31823 | | (State) |

Official Form 410S1
**Notice of Mortgage Payment Change**                                                                                                            **12/15**

**If the debtor plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1

| **Name of Creditor:** | Carrington Mortgage Services, LLC | **Court claim no.** (if known) | **10** |
|---|---|---|---|
| | | | |
| **Last 4 digits** of any number you use to identify the debtor's account: | 9736 | **Date of payment change:** Must be at least 21 days after date of this notice | 7/1/2016 |
| | | | |
| | | **New total payment:** Principal, interest, and escrow if any | $469.10 |

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1   Will there be a change in the debtor's escrow account payment?

[ ] No

[X] Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____=

Current escrow payment: $144.14                                       New escrow payment: $144.52

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2   Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

[X] No

[ ] Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached explain why: _____
_____

Current interest rate:                                                   New interest rate:


Current principal and interest payment:                       New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

3   Will there be a change in the debtor's mortgage payment for a reason not listed above?

[X] No

[ ] Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

(Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment:           $_____          New mortgage payment:           $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

[ ]   I am the creditor.

[X]   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Marla A. Skeltis (P62141)                                    Date June 7, 2016
Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name: | Marla A. Skeltis |
| Title: | Attorney |
| Company: | Randall S. Miller & Associates, P.C. |
| Address: | 43252 Woodward Avenue, Suite 180 |
| | Bloomfield Hills, MI 48302 |
| Contact Phone: | 248-335-9200 |
| Email: | mskeltis@rsmalaw.com |

CARRINGTON MORTGAGE SERVICES, LLC
P O BOX 3549
Anaheim CA 92803

(800) 561-4567  FAX: (949) 517-5220

```
                                       /P1            /  680
JOHN MELLOTT                                 YOUR LOAN NUMBER :  6000019736
2706 BROWN ST
FLINT             MI  48503                  DATE: 04/29/16
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING SEPTEMBER, 2015 AND ENDING AUGUST, 2016.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF SEPTEMBER, 2015 IS ---

```
            PRIN & INTEREST              324.58
            ESCROW PAYMENT               144.14
            TOTAL                        468.72
```

| MONTH | -- PAYMENTS TO ESCROW -- | | | -- PAYMENTS FROM ESCROW -- | | | | | -- ESCROW BALANCE -- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | PRIOR PROJECTED | ACTUAL | PRIOR | PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | | PRIOR | PROJECTED | ACTUAL |
|  |  |  |  |  | STARTING BALANCE | = = = > |  |  | 253.25 | 3825.53- | |
| SEP | 144.14 * |  |  | * |  | 17.55 | FHA INSURA |  | 379.84 | 3843.08- | |
| OCT | 144.14 * |  |  | 17.55 * | FHA INSURA | 17.23 | FHA INSURA |  | 506.43 | 3860.31- | |
| NOV | 144.14 * |  |  | 17.55 * | FHA INSURA | 17.23 | FHA INSURA |  | 633.02 | 3877.54- | |
| DEC | 144.14 * |  |  | 17.55 * | FHA INSURA | 17.23 | FHA INSURA |  | 725.09 | 3937.71- | |
|  |  | O |  | 34.52 | CITY TAX | 42.94 | CITY TAX |  |  | | |
| JAN | 144.14 * |  |  | 17.55 * | FHA INSURA | 17.23 | FHA INSURA |  | 851.68 | 3954.94- | |
| FEB | 144.14 * |  |  | 17.55 * | FHA INSURA | 17.23 | FHA INSURA |  | 978.27 | 3972.17- | |
| MAR | 144.14 * |  |  | 17.55 * | FHA INSURA | 17.23 | FHA INSURA |  | 1104.86 | 3989.40- | |
| APR | 144.14 | E |  | 17.55 * | FHA INSURA | 17.23 | FHA INSURA |  | 1231.45 | 4006.63- | ALP |
| MAY | 144.14 | E |  | 17.55 | FHA INSURA |  |  |  | 1358.04 | 4006.63- | |
| JUN | 144.14 | E |  | 17.55 | FHA INSURA |  |  |  | 1484.63 | 4006.63- | |
| JUL | 144.14 | E |  | 17.55 | FHA INSURA |  |  |  | 1055.90 | 4006.63- | |
|  |  | O |  | 555.32 | CITY TAX |  |  |  |  | | |
| AUG | 144.14 | E |  | 929.31 | HAZARD INS |  |  |  | 253.18 TLP | 4006.63- | |
|  |  | O |  | 17.55 | FHA INSURA |  |  |  |  | | |
| TOT | 1729.68 | 0.00 |  | 1712.20 |  | 181.10 |  |  |  | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $254.58.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $4,006.63-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY.  IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING JULY, 2016 AND ENDING JUNE, 2017.

--------------- **PROJECTED PAYMENTS FROM ESCROW - JULY, 2016 THROUGH JUNE, 2017**  --------------

```
            HAZARD INSURANC              929.31
            FHA INSURANCE                206.76
            CITY TAX                      42.94
            CITY TAX                     555.32

            TOTAL                      1,734.33
            PERIODIC PAYMENT TO ESCROW   144.52   (1/12 OF "TOTAL FROM ESCROW")
```

**** CONTINUED ON NEXT PAGE ****

```
-------------------- PROJECTED ESCROW ACTIVITY -  JULY,2016 THROUGH JUNE,2017 ---------------------
         ---- PROJECTED PAYMENTS --              -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW    FROM ESCROW    DESCRIPTION        PROJECTED       REQUIRED
                      ACTUAL STARTING BALANCE = = = >    1,496.64        1,484.63
JUL,16    144.52         17.23       FHA INSURANCE       1,068.61        1,056.60
                        555.32       CITY TAX
AUG,16    144.52        929.31       HAZARD INSURANC       266.59 ALP      254.58 RLP
                         17.23       FHA INSURANCE
SEP,16    144.52         17.23       FHA INSURANCE         393.88          381.87
OCT,16    144.52         17.23       FHA INSURANCE         521.17          509.16
NOV,16    144.52         17.23       FHA INSURANCE         648.46          636.45
DEC,16    144.52         17.23       FHA INSURANCE         732.81          720.80
                         42.94       CITY TAX
JAN,17    144.52         17.23       FHA INSURANCE         860.10          848.09
FEB,17    144.52         17.23       FHA INSURANCE         987.39          975.38
MAR,17    144.52         17.23       FHA INSURANCE       1,114.68        1,102.67
APR,17    144.52         17.23       FHA INSURANCE       1,241.97        1,229.96
MAY,17    144.52         17.23       FHA INSURANCE       1,369.26        1,357.25
JUN,17    144.52         17.23       FHA INSURANCE       1,496.55        1,484.54
```

-------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ---------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
GREATER THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN YOU HAVE AN ESCROW SURPLUS....            YOUR ESCROW SURPLUS IS....       12.01

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $4,096.33.

FEDERAL LAW REQUIRES ANY SURPLUS OF $50.00 OR MORE BE AUTOMATICALLY REFUNDED TO YOU.

------------------------------------ CALCULATIONS OF YOUR NEW PAYMENT AMOUNT ------------------------------------
                    PRIN & INTEREST         324.58 *
                    ESCROW PAYMENT          144.52
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE  07/01/16   ==>      469.10

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :    YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
          HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
          WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
          ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
          DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $254.58.
          YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
          CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
          REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
          TO BE YOUR CUSHION AMOUNT.
          YOUR ESCROW CUSHION FOR THIS CYCLE IS $254.58.

      YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
      THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
03/13    $1,441.40*

**Escrow disbursements up to escrow analysis effective date:**
05/16    $17.23    FHA INSURANCE
06/16    $17.23    FHA INSURANCE

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this

Date:   June 9, 2016

Trustee
Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502
**VIA ECF**

Debtor Attorney
Douglas P. Chimenti
Paul B. Gigliotti
Nicholas R. Glaeser
15400 Nineteen Mile Road, Suite 115
Clinton Twp., MI 48038
**VIA ECF**

Debtor
John & Rebecca Mellott
2706 Brown Street
Flint, MI 48503
**VIA U.S. Mail**

/s/ Marla A. Skeltis (P62141)
Marla A. Skeltis
Randall S. Miller & Associates
Attorney for Creditor
43252 Woodward Avenue, #180
Bloomfield Hills, MI 48302
248-335-9200